**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, et al., <br><br>  Plaintiffs, <br><br> vs. <br><br> HIGH-LIGHT ELECTRIC, INC., a California corporation, <br><br>  Defendant. | CASE NO.: ECV09-1903 VAP (DTBx) <br><br> **ORDER GRANTING STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

Pursuant to the stipulation for dismissal without prejudice between the parties, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

1. Subject to this Court retaining jurisdiction over the parties and this action to enforce the parties' settlement and the Settlement Agreement, and to otherwise enter judgment and/or other orders, this action shall be dismissed without prejudice.

2. Notwithstanding the dismissal of this action without prejudice, this Court shall retain jurisdiction over the parties and this action to enforce the Settlement Agreement and the parties' settlement including, but not limited to, entering judgment,

amending judgments, issuing writs of execution and issuing other orders, including orders related to motions for entry of judgment.

Dated: _January 06, 2011_____          _/s/ Virginia A. Phillips_____

UNITED STATES DISTRICT COURT JUDGE